# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN 5 2024
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  PLAINTIFF,<br>v.<br>ERIC WALTER GRAY,<br>  DEFENDANT, | **WARRANT FOR ARREST**<br><br>ON COMPLAINT<br><br>CASE NO.: 8:24-mj-00228-DUTY |

To:   UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest ERIC WALTER GRAY and bring him forthwith to the nearest Magistrate Judge to answer a complaint charging him with Bank Robbery with Forced Accompaniment, in violation of Title 18, United States Code, Section 2113(a), (e).

REC: BY AUSA C. Campbell [Detention]

May 23, 2024
Date

Hon. John D. Early, U.S. Magistrate Judge
_____
Signature of Magistrate Judge

| RETURN | | | |
|---|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at (location): | | | |
| DATE RECEIVED<br>5/23/24<br>DATE OF ARREST<br>6/5/24 | NAME AND TITLE OF ARRESTING OFFICER<br>Mark Burnett<br>Special Agent | | SIGNATURE OF ARRESTING OFFICER<br>[signature] |

DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO

**WARRANT FOR ARREST ON COMPLAINT**                                     Page 1 of 2