**F I L E D**
CLERK, U.S. DISTRICT COURT
06/12/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: _____IGU_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

March 2024 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>         v.<br><br>ERIC WALTER GRAY,<br><br>         Defendant. | No.   8:24-cr-00076-MEMF<br><br><u>I N D I C T M E N T</u><br><br>[18 U.S.C. §§ 2113(a), (e): Bank Robbery and Forced Accompaniment] |

The Grand Jury charges:

[18 U.S.C. §§ 2113(a), (e)]

On or about May 8, 2024, in Orange County, within the Central District of California, defendant ERIC WALTER GRAY, by force and violence, and by intimidation, knowingly took from the person and presence of another United States currency belonging to and in the care, custody, control, management, and possession of Bank of Montreal, located at 4501 East La Palma Avenue, Anaheim, California, a bank the deposits of which were then insured by the Federal Deposit Insurance Corporation.

//

//

In committing said offense, defendant GRAY forced victims B.P., H.M., and M.Z. to accompany him through the bank to the bank's storage room without such persons' consent.

A TRUE BILL

/s/
Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

ANNE C. GANNON
Assistant United States Attorney
Chief, Santa Ana Branch Office

GREGORY S. SCALLY
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office

CAITLIN J. CAMPBELL
Assistant United States Attorney
Santa Ana Branch Office